KATES NUSSMAN ELLIS FARHI & EARLE, LLP

ATTORNEYS AT LAW
190 MOORE STREET
SUITE 306
HACKENSACK, N.J. 07601-7418
—
TEL. (201) 488-7211
FAX (201) 488-1210
**mfarhi@nklaw.com**

BRUCE L. NUSSMAN µ
JOEL M. ELLIS *♣∞
MICHAEL FARHI *Δ• □∞
MATTHEW Z. EARLE *♦•Δ
CARA F. LANDOLFI*¥
SANDRA M. BARSOUM *Δ♦
-----
YASMINE HAFEZ

FOUNDED 1913
FORMERLY
PLATOFF, HEFTLER, HARKER & NASHEL
------
HOWARD M. NASHEL
(1936-2006)
-----
OF COUNSEL

MICHAEL B. KATES
ZAKIM & ZAKIM P.C
FLOWERS & O'BRIEN, LLC
ROBERT NUSSBAUM*
STEVEN C. SCHECHTER

* NJ & NY BARS
Δ SO. DIST. NY/EA. DIST. NY
♦ SO. DIST. NY
♣ MASS
¥ NJ & PA BARS
• US COURT OF APPEALS SECOND & THIRD CIRCUITS
□ MEMBER OF NJAPM
∞ COURT APPROVED MEDIATOR PURSUANT TO R 1:40-12
µ US TAX COURT


March 28, 2025

**BY ECF**
Hon. Michael A. Shipp U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

**RE: JOSEPH D. LENTO, ESQ. et al. v. KEITH ALTMAN, ESQ. et als.**
**Case No.: 3:24-cv-05150-MAS-RLS**

Dear Judge Shipp:

This office represents the Plaintiffs in the above-captioned matter. We are in receipt of the Appellate Court's Order affirming this Court's decision in the matter of Case No.: 1-22-cv-04840. I write to respectfully request that a conference be scheduled in the matter for Your Honor's earlier available date.

Thank you for your courtesies and consideration.

Respectfully submitted
**KATES NUSSMAN ELLIS**
**FARHI & EARLE LLP**

*<u>/s/ Michael Farhi</u>*
MICHAEL FARHI

cc: Adversaries