# PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
## ATTORNEYS AT LAW

WWW.PRICEMEESE.COM

| | | |
|---|---|---|
| TICE CORPORATE CENTER | 115 EAST STEVENS AVENUE | 89 HEADQUARTERS PLAZA NORTH |
| 50 TICE BOULEVARD, SUITE 380 | SUITE 109 | SUITE 1446 |
| WOODCLIFF LAKE, NEW JERSEY 07677 | VALHALLA, NEW YORK 10595 | MORRISTOWN, NEW JERSEY 07960 |
| **PHONE: 201-391-3737** | **PHONE: 914-251-1618** | **PHONE: 973-828-9100** |
| **FAX: 201-391-9360** | **FAX: 914-251-1230** | **FAX: 201-391-0998** |

**PLEASE RESPOND TO WOODCLIFF LAKE OFFICE**

November 4, 2025

**BY ECF**
Hon. Michael A. Shipp U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

> **RE:    JOSEPH D. LENTO, ESQ. et al. v. KEITH ALTMAN, ESQ. et als.**
> **Case No.: 3:24-cv-05150-MAS-RLS**

Dear Judge Shipp:

This office now represents the Plaintiffs in the above-captioned matter. I have just changed firms and write to respectfully request a 14 day extension of time to respond to your October 31, 2025 Order to Show Cause. The other and principal reason is certain family related obligations that I have during this time period.

Thank you for your courtesies and consideration.

Respectfully submitted,
**PRICE MEESE SHULMAN
& D'ARMINO, P.C.**

*/s/ Michael Farhi*
MICHAEL FARHI

cc:    Solomon M. Radner, Esq.