**UNITED STATES DISTRICE COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSEPH D. LENTO, ESQ., and LENTO LAW FIRM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH ALTMAN, ESQ., and THE LAW OFFICE OF KEITH ALTMAN, PLLC,<br><br>Defendants. | Docket No. 3:24-5150 (MAS) (RLS)<br><br>Judge: Michael A. Shipp<br><br>**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT** |

Notice is hereby given that Plaintiffs Joseph D. Lento, Esq. and Lento Law Firm, LLC appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Order dismissing Plaintiffs' Complaint of the United States District Court, District of New Jersey, entered in this action on September 21, 2026 (ECF Doc. No. 53).

Dated: September 24, 2026

Respectfully submitted,

*/s/ Michael Farhi*

Michael Farhi, Esq.
Meese, Edwards, Breen, Conciatori &
D'Arminio, PC
50 Tice Boulevard
Woodcliff Lake, NJ 07677
201-391-3737
mfarhi@meese-edwards.com

*Attorney for Plaintiffs*